UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **JOSEPH FLORES**, an individual,<br><br>                   Plaintiff,<br><br>v.<br><br>**FOREST PARK PROPERTY OWNERS ASSOCIATION, INC.**, a Florida corporation,<br><br>                   Defendant. | **CIVIL ACTION**<br><br>Case No.   2:22-cv-299-JLB-NPM<br><br>Judge: John L. Badalamenti<br><br>Mag. Judge: Nicholas P. Mizell |

**PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendant, Forest Park Property Owners Association, Inc., and Plaintiff, Joseph Flores, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire action, with prejudice, each party to bear their own attorneys' fees and costs.

[Signatures to follow]

Respectfully submitted,

**/s/ Benjamin H. Yormak**
Benjamin H. Yormak
Florida Bar Number 71272
Lead Counsel for Plaintiff
YORMAK EMPLOYMENT & DISABILITY LAW
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com


*/s/ Taylor E. Ager*
AUDREY M. FISHER
Florida Bar No.: 102842
TAYLOR E. AGER
Florida Bar No.: 1031622
COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
27300 Riverview Center Boulevard, Suite 200
Bonita Springs, Florida 34134
Telephone (239) 690-7936
Facsimile (239) 738-7778
Primary e-mail: audrey.fisher@csklegal.com
Secondary e-mail: taylor.ager@csklegal.com
Alternate e-mail: kenia.llano@csklegal.com